# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| GUANYU LI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:18-cv-00911-JKB |
| v. | |
| STOCKX.COM, | |
| Defendant. | |

## [PROPOSED] JUDGMENT

This matter having come before the Court on the parties' "Joint Motion for Entry of Stipulated Judgment," and the Court having reviewed the Joint Motion and the entire record of this action, it is hereby ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendant in the amount of $5,000.00, in full satisfaction of all relief sought by Plaintiff, including interest and costs, which amount Defendant will pay Plaintiff, by and through his counsel, within 30 days of entry of this judgment.

SO ORDERED, this __2__ day of __July__, 2019.

_____
James K. Bredar
Chief Judge

US2008 15656494 3